An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KARL MITCHELL; AND RAYMOND V. MIELZYNSKI,

    Appellants,

vs.

NYE COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,

    Respondent.

No. 67184

**FILED**

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting summary judgment in a zoning dispute. Fifth Judicial District Court, Nye County, Kimberly A. Wanker, Judge.

The district court entered its order on November 19, 2014, and notice of entry of that order was served by mail on November 20, 2014. Because the notice was served by mail, appellants had 33 days from the date of service to file the notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c); *Winston Prods. Co. v. DeBoer*, 122 Nev. 517, 134 P.3d 726 (2006). Thus, appellants had until December 26, 2014, to file their notices of appeal. Because appellants did not file their notices of appeal until December 30, 2014, we lack jurisdiction to consider this appeal. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04443

(1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kimberly A. Wanker, District Judge
       Karl Mitchell
       Raymond V. Mielzynski
       Nye County District Attorney
       Nye County Clerk